IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DAVID PAITSEL, JR., | § | |
| | § | No. 317, 2018 |
| Defendant Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID No. K1401007717 (K) |
| STATE OF DELAWARE, | § | |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: July 24, 2018
Decided:    August 6, 2018

## ORDER

On June 19, 2018, the appellant filed a notice of appeal from a Superior Court order sentencing him for a violation of probation. The Chief Deputy Clerk directed the appellant to pay the filing fee or file a motion to proceed *in forma pauperis* by July 5, 2018. After the appellant failed to take either action, the Chief Deputy Clerk issued a notice, on July 6, 2018, directing the appellant to show cause why this appeal should not be dismissed for his failure to pay the filing fee or file a motion to proceed *in forma pauperis*. The appellant received the notice to show cause by July 11, 2018, but has not responded within the required ten-day period, paid the filing fee, or filed a motion to proceed *in forma pauperis*. Dismissal of this appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*

Chief Justice